# Court of Appeals
# of the State of Georgia

ATLANTA, February 21, 2023

*The Court of Appeals hereby passes the following order:*

## A23A0981. POLICE RECREATION ASSOCIATION, INC. v. VINCENT FERRARO.

Vincent Ferraro filed an action for declaratory judgment and injunctive relief asserting that defendant Police Recreation Association, Inc. ("the Association"), was using neighboring property in violation of applicable zoning ordinances. The parties filed cross-motions for summary judgment. The trial court granted summary judgment in favor of Ferraro, and the Association filed both a discretionary application and a direct appeal. We denied the application for discretionary appeal on February 8, 2023. Case No. A23D0222 (Feb. 8, 2023). This is the direct appeal.

Our previous denial of the Association's application for discretionary appeal constitutes an adjudication on the merits; the doctrine of res judicata thus bars this direct appeal. See *Northwest Social & Civic Club, Inc. v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286 Ga. App. 258, 260-261 (1) (649 SE2d 313) (2007). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 02/21/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen
_____, Clerk.